GRIFFING ET AL., CONSTITUTING BOARD OF SUPERVISORS OF SUFFOLK COUNTY, NEW YORK *v.* BIANCHI ET AL.

No. 206.   Decided October 11, 1965.

*Stanley S. Corwin, Joseph L. Nellis* and *Allen A. Sperling* for appellants.

*Richard C. Cahn* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.

JONES ET AL. *v.* McFADDIN ET AL.

No. 226.   Decided October 11, 1965.

*William Blum, Jr.,* for appellants.

*George A. Weller, Ewell Strong* and *Major T. Bell* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

MR. JUSTICE BLACK took no part in the consideration or decision of this case.